UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANIS KAIGHN, et al., | No. 2:16-cv-02117-KJM-CKD |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| _____ | |
| JANIS KAIGHN, et al., | No. 2:16-cv-02227-WBS-DB |
| Plaintiffs, | |
| v. | **RELATED CASE ORDER** |
| DONALD TRUMP, | |
| Defendant. | |

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a).  Here, both actions involve the same plaintiffs and similar questions of law, albeit against different defendants, and "assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort."  Local Rule 123(a)(3).

1

1 Accordingly, the assignment of these matters to the same judge is likely to effect a substantial
2 savings of judicial effort and is likely to be convenient for the parties.
3       The parties should be aware that relating cases under Rule 123 causes the actions
4 to be assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related
5 cases are generally assigned to the judge and magistrate judge to whom the first filed action was
6 assigned.
7       As a result, it is hereby ORDERED that 2:16-cv-02227-WBS-DB is reassigned
8 from Senior United States District Judge William B. Shubb to the undersigned and from
9 Magistrate Judge Deborah Barnes to Magistrate Judge Carolyn K. Delaney.  Henceforth, the
10 caption on documents filed in the reassigned case shall be shown as CIV 2:16-cv-02227-KJM-
11 CKD.
12       It is further ORDERED that the Clerk of the Court make appropriate adjustment in
13 the assignment of civil cases to compensate for this reassignment.
14       IT IS SO ORDERED.
15 DATED:  September 26, 2016

_____
UNITED STATES DISTRICT JUDGE