PHILLIP A. TALBERT
Acting United States Attorney
EDWARD A. OLSEN (CSBN 214150)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2821
Facsimile:  (916) 554-2900
edward.olsen@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANIS KAIGHN, GREGORY R. KAIGHN, individually and as co-trustees on behalf of the People of the United States who hold the underlying sovereignty in the American Democracy,<br><br>                    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | CASE NO.  2:16-CV-02117-KJM-CKD<br><br>**UNITED STATES' MOTION TO DISMISS**<br><br>[Fed. R. Civ. P. 12(b)(1) and 12(b)(6)]<br><br>Date:         November 18, 2016<br>Time:        10:00 a.m.<br>Courtroom: 3, 15th Floor<br>Judge:       Hon. Kimberly J. Mueller |

   PLEASE TAKE NOTICE THAT on November 18, 2016, at 10:00 a.m. in Courtroom 3, 15th Floor of the United States Courthouse, 501 I Street, Sacramento, CA 95814, before the Honorable Kimberly J. Mueller, United States District Judge for the Eastern District of California, the United States will and hereby does move to dismiss the above-captioned action for lack of subject matter pursuant to Fed. R. Civ. P. 12(b)(1) and for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6).  The United States' motion to dismiss is based on this motion and the Memorandum of Points and Authorities filed in support of the motion.

The undersigned certifies that he attempted to meet and confer with counsel for plaintiffs Gregory Kaighn by telephone on October 6, 2016, in order to discuss the basis for the United States' motion to dismiss, but was hung up on twice, called a variety of expletives, subjected to threats, and informed that counsel for plaintiffs would only meet and confer with Benjamin Wagner.

Dated:  October 6, 2016

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

By:   /s/ Edward A. Olsen
EDWARD A. OLSEN
Assistant United States Attorney