Gregory R. Kaighn, SBN 124049
1390 Broadway, Suite B-345
Placerville, CA 95667
telephone: (530) 363-6987

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Janis Kaighn, Gregory R. Kaighn, individually and as co trustees on behalf of the People of the United States who hold the underlying sovereignty in the American Democracy,<br><br>    Plaintiffs,<br><br>vs.<br><br>United States of America,<br><br>    Defendant. | Case No. 16-CV-02117-KJM-CKD<br><br>Related Case:16-CV-2227-KJM-CKD<br>Related Case: 16-CV-2370-KJM-EFB<br>Related Case: 16-CV-2507-KJM-EFB<br><br>THE CORRUPTION CONTINUES WITH MORE LIES FROM THIS COURT |

THE CORRUPTION OF THIS COURT IS TRANSPARENTLY OBVIOUS. The Court refuses to grant our request for reconsideration on the basis that "other cases" are not relevant to "this case." Yet the entire basis for the Court's Order To Show Cause are misprepresentations and lies about those same other cases.

When is our son coming home? ANSWER THE QUESTION, PLEASE.

Dated: November 21, 2016

By /s/ Gregory R. Kaighn

Gregory R. Kaighn
Attorney for Plaintiffs