Gregory R. Kaighn, SBN 124049
1390 Broadway, Suite B-345
Placerville, CA 95667
telephone: (530) 363-6987

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Janis Kaighn, Gregory R. Kaighn, individually and as co trustees on behalf of the People of the United States who hold the underlying sovereignty in the American Democracy,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>United States of America,<br><br>　　　　　Defendant. | Case No.: 16-CV-02117-KJM-CKD<br><br>Related Case: 16-CV-2227-KJM-CKD<br><br>NOTICE OF CONTINUANCE OF TRIAL IN THE ARIZONA MISDEMEANOR PROSECUTION |

　　　　With all due respect to the District Court's repeated attempts to prevent plaintiffs and co trustees from filing legitimate motions or other court documents, this present filing is very important to the pending Order To Show Cause in Case No. 16-CV-02117 initiated by the Court.  The Order To Show Cause is based on "second hand hearsay" from Arizona.  In that regard, Case No.: M1343CM2016000300 did not go to trial on November 30, 2016.  It seems clear that this Court was anticipating a conviction that would form an additional factual basis for the outrageously corrupt Order To Show Cause issued by this Court on November 3, 2016.

　　　　We also have a legal obligation to inform the Court regarding pertinent procedural matters that effect this case.  There is no way to "ask permission" of the Court prior to filing any pleading without actually filing the same pleading as part of

1

the request for leave to file. The Court's self created "new rule" is a "circular firing squad" and is impossible for anyone to comply with because it is over broad, overly burdensome, and hopelessly vague on it's face.

The trial date in the Arizona misdemeanor case has been continued to January 20, 2017. Mr. and Mrs. Kaighn are represented by counsel in that case. The Arizona prosecutors were shocked that Mr. Kaighn appeared through counsel. It will not be possible for this District Court to fairly and honestly consider the pending Order To Show Cause until after the trial in the Arizona misdemeanor case. A briefing schedule has been set on Mr. Kaighn's Motion to Dismiss and Notice of Constitutional Challenge to Arizona Revised Statute 13-1202.

We respectfully request that this Court honor our constitutional rights including the right to file motions in a court of law. There is no such thing as a "closed case" in the Federal Rules of Civil Procedure. Every litigant has a right to file a motion to set aside a void judgement. This Court cannot lawfully interfere with those rights.

The setting of the trial in the Arizona misdemeanor matter for Inauguration Day clearly means that this Court cannot continue to stall case number 16-CV-02227. That case which is so critical to saving our democracy must be resolved on it's facts forthwith and with due respect paid to the interests of the people of the United States of America. An evidentiary hearing must occur. Respectfully submitted,

Dated: November 30, 2016

By /s/

Gregory R. Kaighn
Attorney for Plaintiffs